**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **KAREN PAYNE, As Personal Representative** | * | |
| **Of the Estate of MARSHA PAYNE** | | |
| **5806 Jonquil Avenue** | * | |
| **Baltimore, Maryland** | | |
| | * | |
| **and** | | |
| | * | **CIVIL ACTION NO.:** |
| **LOUISE PAYNE** | | **JFM-07-CV-1783** |
| **4010 Spruce Drive** | * | |
| **Baltimore, Maryland 21215** | | |
| | * | |
| **Plaintiffs** | | |
| | * | |
| v. | | |
| | * | |
| **BERTHA SIRK DIALYSIS CENTER** | | |
| **5820 York Road** | * | |
| **Baltimore, Maryland 21212** | | |
| | * | |
| **and** | | |
| | * | |
| **DAVITA, INC.** | | |
| **601 Hawaii Street** | * | |
| **El Segundo, California 90245** | | |
| | * | |
| **Defendants** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, Karen Payne, as Personal Representative of the Estate of Marsha Payne, and Louise Payne, by their attorneys, Joseph E. Dever and Dever & Feldstein, LLC, hereby file this Notice of Dismissal Without Prejudice pursuant to Federal Rule 41(a)(1) and dismiss the above-referenced case against Bertha Sirk Dialysis Center and DaVita, Inc. without prejudice.

_____

Joseph E. Dever, Bar No.12011
Dever & Feldstein, LLC
305 Washington Avenue, Suite 200
Towson, Maryland 21204
(410) 825-0100

**Attorneys for Plaintiffs**